UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-70(JMR/FLN)

| | | |
|---|---|---|
| Neiberger and Industries<br><br>v.<br><br>Kasel Associates Industries, Inc.,<br>and Kasel Mechanical Services | ) ) ) ) ) ) | ORDER |

Plaintiff brought suit against defendants, pursuant to the Minnesota Termination of Sales Representatives Act, Minn. Stat. § 325E.37. This matter is before the Court on defendants' motion to dismiss for lack of personal jurisdiction or, alternatively, to transfer venue. The Court heard oral argument on April 30, 2002.

Based on the files, records, and proceedings herein, and for the reasons stated at the hearing, IT IS ORDERED that:

Defendants' motion to dismiss or transfer [Docket No. 11] is denied.

Dated: April 30th, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

MAY
FILED CLERK
JUDGMENT ENTD