UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Neiberger and Associates, a division of Sharden, Inc., a Minnesota corporation,

Plaintiff,

Court File No. 02-CV-70-JMR/FLN

**STIPULATION AND ORDER**

vs.

Kasel Associates Industries, Inc.,
a Colorado corporation,
a/k/a and d/b/a Kasel Associates, Inc., and
Kasel Mechanical Services,

Defendants.

WHEREAS, the pre-trial schedule in this matter dated February 26, 2002 provides that all discovery shall be commenced in time to be completed by October 1, 2002; and

WHEREAS, the parties have been attempting to arrange for the deposition of Mr. Raymond Kasel in a manner involving the least expense and inconvenience to the parties; and

WHEREAS, the personal and business obligations, including international travel, of Mr. Kasel will not permit the deposition of Mr. Kasel to be completed prior to October 1, 2002.

NOW THEREFORE, Plaintiff and Defendant, by and through their respective attorneys, hereby stipulate and agree as follows:

**STIPULATION**

1. That the discovery deadline of October 1, 2002 is set forth in the scheduling order dated February 26, 2002 and this matter shall be extended to November 1, 2002 in order to afford the parties sufficient time to complete the deposition of Mr. Raymond Kasel.

2. All other matters addressed in the scheduling order not modified as provided herein remain in full force and effect.

FILED
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 8-20-02

**KRASS MONROE, P.A.**

By [signature]
Phillip R. Krass ID #58051
Attorney for Defendant
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431
(952) 885-5999

Dated: 8/23/2002

**BERNICK AND LIFSON, P.A.**

By [signature]
George E. Warner, Jr. ID #222719
Attorney for Plaintiff
Suite 1200 The Colonnade
5500 Wayzata Boulevard
Minneapolis, Minnesota 55416
(763) 546-1200

Based upon the foregoing Stipulation and upon all of the files, pleadings and records herein, the Court makes the following:

**ORDER**

The above-stated Stipulation hereby constitutes the Order of this Court. This order does not change the trial ready date.

Dated: 8/28/02

By the Court:

[signature]
Franklin L. Noel
Chief Magistrate Judge