UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-70 (JMR/FLN)

| | | |
|---|---|---|
| Neiberger & Associates | ) | |
| | ) | |
| v. | ) | 02-CV-70 (JMR/FLN) |
| | ) | |
| Kasel Associates Industries, et al | ) | |

This matter came before the Court on plaintiff's motion for partial summary judgment (Doc.#26).

The motion is hereby referred to the Honorable Franklin L. Noel, United States Magistrate Judge, for report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) and D.Minn.L.R. 72.1(c).

IT IS SO ORDERED.

Dated: January 30th, 2003

JAMES M. ROSENBAUM, Chief
United States District Judge

FILED 1-30-03
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERKS INITIALS