UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-70(JMR/FLN)

| | | |
|---|---|---|
| Neiberger and Associates | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Kasel Associates Industries, Inc., and Kasel Mechanical Services | ) | |

Based upon the findings of fact, conclusions of law, the files and records herein, and the June 6, 2003, Recommendation by United States Magistrate Judge Franklin L. Noel, and no objections having been filed to said Recommendation, IT IS ORDERED that:

Plaintiff's motion for partial summary judgment [Docket No. 26] is granted to the extent the Court concludes the parties agreement is covered by the Minnesota Termination of Sales Representative Agreement Act.

Dated: September 25th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED SEP 2 9 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS