UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-70(JMR)

| | | |
|---|---|---|
| Neiberger & Associates, a division of Sharden, Inc., a Minnesota corporation, | ) | |
| v. | ) | ORDER |
| Kasel Associates Industries, Inc., a Colorado corporation, a/k/a and d/b/a Kasel Associates, Inc., and Kasel Mechanical Services | ) | |

This matter was tried to a jury, which reached a verdict on October 8, 2003. Based on that verdict, IT IS ORDERED that judgment be entered on behalf of the plaintiff and against defendants in the amount of $600,801.27.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: October 10th, 2003

JAMES M. ROSENBAUM
United States Chief District Judge

FILED OCT 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS