AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Neiberger & Associates

V.

Kasel Associates Industries, Inc. et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-CV-70 JMR/FLN

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this matter was tried to jury, which reached a verdict on 10/8/03. Based on that verdict, it is ordered that judgment be entered on behalf of the plaintiff and against the defendants in the amount of $600,801.27.

October 10, 2003
Date

RICHARD D. SLETTEN, CLERK

Jackie Mehl

(By) Jackie Mehl, Deputy Clerk