AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Neiberger & Associates

V.

Kasel Associates Industries, Inc. et al.

**JUDGMENT IN A CIVIL CASE**

Case Number: 02-CV-70 JMR/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Plaintiff's motion to alter or amend the judgment and for an award of attorneys' fees are denied.
Defendants' motion for a new trial, or, in the alternative, an order of remittitur are denied.

November 6, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Jackie Mehl, Deputy Clerk