IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CV-70 (JMR)

| | | |
|---|---|---|
| Neiberger & Associates, a division of Sharden, Inc., a Minnesota corporation, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| Kasel Associates Industries, Inc., a Colorado corporation, a/k/a and d/b/a Kasel Associates, Inc., | ) | **NOTICE OF APPEAL** |
| Defendants. | ) | |

Notice is hereby given that Neiberger & Associates, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment entered herein on October 10, 2003, and the Order of the Honorable James Rosenbaum dated November 5, 2003, and the Judgment entered thereon.

Respectfully Submitted,

**RICHARD I. DIAMOND, P.A.**

Dated: November 10, 2003

Richard I. Diamond
601 Carlson Parkway, Suite 1050
Minnetonka, MN 55305
(952) 449-5239

Attorneys for Plaintiff

FILED NOV 10 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS JMM

77

# UNITED STATES DISTRICT COURT
## District of Minnesota


202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

Richard D. Sletten, Clerk


## TRANSMITTAL OF APPEAL

**Date:** November 12, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Jackie Mehl, Deputy Clerk

**In Re:** District Court Case No.: 02-CV-70 JMR/FLN
Eighth Circuit Case No.:
Case Title: Neiberger & Associates v. Kasel Associates

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

X Notice of Appeal
X Order/Judgement appealed from
X Docket Entries
X Other:
- X The statutory filing fee has been paid, receipt # 429580.
- ☐ The statutory filing fee has been waived:
  - ☐ USA filed appeal
  - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

☐ Original File(s), consisting of file(s).
☐ Two certified copies, and one uncertified copy of updated docket sheet from .
☐ Designated Clerk's Record # .
☐ Other:
☐ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________________

Date Returned to USDC: ____________________

Modified 05/09/03