UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Neiberger and Associates, a division of Sharden, Inc., a Minnesota corporation,

Plaintiff,

vs.

Kasel Associates Industries, Inc.
a Colorado corporation,
a/k/a and d/b/a Kasel Associates, Inc.,

Defendants.

District Court File No. 02-CV-70 JMR/FLN

**NOTICE OF APPEAL**

---

Notice is hereby given that Defendants in the above-entitled case hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Order and Judgment entered on October 10, 2003, and the Order and Judgment of the Honorable James M. Rosenbaum, dated November 5, 2003.

Dated: 11/20/03

**KRASS MONROE, P.A.**

C. Jossart

Phillip R. Krass (Atty. #58051)
C. John Jossart (Atty. #295048)
8000 Norman Center Drive
Suite 1000
Minneapolis, MN 55437
(952) 885-5999
*Attorneys for Defendants*

G:\WPDATA\K\KASEL ASSOCIATE 11220\001\PLDG\NOTICE OF APPEAL.DOC

FILED NOV 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS mm

80

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500


## TRANSMITTAL OF APPEAL

**Date:** November 21, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Jackie Mehl, Deputy Clerk

**In Re:** District Court Case No.: 02-CV-70 JMR/FLN
Eighth Circuit Case No.:
Case Title: Neiberger & Associates v. Kasel Associates, et al.

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

X Notice of Appeal
X Order/Judgement appealed from
X Docket Entries
X Other:
- X The statutory filing fee has been paid, receipt # 400270937.
- ☐ The statutory filing fee has been waived:
  - ☐ USA filed appeal
  - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

☐ Original File(s), consisting of file(s).
☐ Two certified copies, and one uncertified copy of updated docket sheet from .
☐ Designated Clerk's Record # .
☐ Other:
☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ____________________

Date Returned to USDC: ____________