# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

Nos. 03-3765/3814

Neiberger & Associates, a division of Sharden, Inc., a Minnesota corporation,

Appellant/Cross-Appelle,

vs.

Kasel Associates Industries, Inc., a Colorado corporation, a/k/a and d/ba/ Kasel Associates, Inc.; Kasel Mechanical Services,

Appellees/Cross-Appellants.

Appeals from the United States District Court for the District of Minnesota

02-CV-70 JMR/FLN

**JUDGMENT**

The joint motion for dismissal of these appeals is granted in accordance with the stipulation. The appeals are hereby dismissed.

The Court's mandate shall issue forthwith.

(5359-010199)

February 6, 2004

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED FEB 11 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

81